# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1397

_____

| | | |
|---|---|---|
| Mark D. Shanz, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | |
| Joseph Pardoe; D. Schubert; Bill | * | Appeal from the United States |
| Welker; Mike Hayes; Ronald Mobley; | * | District Court for the |
| Terry Barnett; Vanessa Draffen; Bonnie | * | Western District of Missouri. |
| Barnett; Michael Groose; Cranston | * | |
| Mitchell; Dora Schriro; Stephen | * | [UNPUBLISHED] |
| Libhart; Kelly Dills; Ansel Card; Jill | * | |
| McGuire, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 6, 2001
Filed: February 7, 2001

_____

Before BOWMAN, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

Missouri inmate Mark Shanz appeals the adverse grant of summary judgment by the District Court[1] in his 42 U.S.C. § 1983 suit against prison officials. Shanz claimed

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the

defendants violated his constitutional rights by requiring him to attend a substance abuse program and issuing him sanctions for refusing to attend. After careful review of the record and the parties' briefs, we conclude that the District Court did not err in granting summary judgment for the reasons stated in its thorough opinion.

Accordingly, we affirm. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.